HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BITTREX, INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA,<br><br>Defendants. | No. 2:23-cv-00580-RSM<br><br>**FED. R. CIV. P. 7.1 STATEMENT OF DEFENDANT BITTREX, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bittrex Inc. ("Bittrex") states that Bittrex is a wholly-owned subsidiary of RBR Holdings, Inc. RBR Holdings, Inc. is majority owned by Aquila Holdings, Inc.

BITTREX INC. FED. R. CIV. P. 7.1 STMT.
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

| | |
|---|---|
| DATED: April 28, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

                       */s/ Alicia Cobb*
                       Alicia Cobb, WSBA #48685
                       1109 First Avenue, Suite 210
                       Seattle, Washington 98101
                       Phone (206) 905-7000
                       Fax (206) 905-7100
                       aliciacobb@quinnemanuel.com

*Attorney for Defendant Bittrex, Inc.*

BITTREX INC. FED. R. CIV. P. 7.1 STMT.
Case No. 2:23-cv-00580-RSM

-2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: April 28, 2023

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

BITTREX INC. FED. R. CIV. P. 7.1 STMT.
Case No. 2:23-cv-00580-RSM

-3-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000