Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BITTREX, INC., et al.,<br><br>　　　　　　　　　Defendants. | 2:23-cv-00580 (RSM)<br><br>**STIPULATED MOTION AND [PROPOSED] SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 19, 2023** |

Plaintiff Securities and Exchange Commission ("Plaintiff"), and Defendants Bittrex, Inc., Bittrex Global GmbH, and William Hiroaki Shihara (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows:

## RECITALS

**WHEREAS** on April 17, 2023, Plaintiff commenced the above-captioned action by filing a Complaint against Defendants;

**WHEREAS** Defendants have each agreed to waive service of the Complaint subject to the Parties' reaching an agreement on a proposed schedule for responding to such Complaint;

**WHEREAS** the Parties have conferred and agreed to propose to the Court the schedule presented herein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Defendants, having agreed to waive service, shall have until June 30, 2023 to answer, file a motion to dismiss, or otherwise respond to the Complaint.

2. To the extent one or more Defendants move to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until August 14, 2023 to file an Opposition, and the moving Defendant(s) shall have until September 8, 2023 to file a Reply.

3. The Parties reserve all rights, arguments, claims, and any and all defenses.

4. This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

**SO ORDERED**.

Dated: _____

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully submitted on May **19**, 2023 by:

_(signature)_

| ANDREW MICHAELSON | *See Attached* |
| | DAVID SMITH |

**KING & SPALDING LLP**
Andrew Michaelson
Leigh Nathanson
1185 Avenue of Americas, 35th Floor
New York, NY 10036
Telephone: 212-790-5358
amichaelson@kslaw.com
lnathanson@kslaw.com

*Lead Counsel for Defendant*
*Bittrex Global GmbH*

**SUMMIT LAW GROUP**
David Smith
315 5th Ave. South, Suite 1000
Seattle, Washington 98104
Telephone: 206-676-7000
davids@SummitLaw.com

*Local Counsel for Defendant*
*Bittrex Global GmbH*

*See Attached*

MICHAEL LIFTIK

*See Attached*

ALICIA COBB

**QUINN EMANUEL URQUHART & SULLIVAN LLP**[1]
Michael Liftik
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: 202-538-8141
michaelliftik@quinnemanuel.com

*Lead Counsel for Defendant Bittrex, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Alicia Cobb
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone: 206-905-7000
aliciacobb@quinnemanuel.com

*Local Counsel for Defendant Bittrex, Inc.*

---

[1] Bittrex, Inc. filed for Chapter 11 bankruptcy protection together with certain affiliates (the "Debtors") on May 8, 2023 in the District of Delaware (Bankruptcy Judge Brendan L. Shannon). Quinn Emanuel Urquhart & Sullivan, LLP is proposed counsel to the Debtors.

Respectfully submitted on May 19, 2023 by:

| */s/ Andrew Michael* | */s/ David H. Smith* |
|---|---|
| ANDREW MICHAELSON | DAVID H. SMITH |
| **KING & SPALDING LLP** | **SUMMIT LAW GROUP, PLLC** |
| Andrew Michaelson | David Smith |
| Leigh Nathanson | 315 5th Ave. South, Suite 1000 |
| 1185 Avenue of Americas, 35th Floor | Seattle, Washington 98104 |
| New York, NY 10036 | Telephone: 206-676-7000 |
| Telephone: 212-790-5358 | davids@SummitLaw.com |
| amichaelson@kslaw.com | |
| lnathanson@kslaw.com | |
| *Lead Counsel for Defendant Bittrex Global GmbH* | *Local Counsel for Defendant Bittrex Global GmbH* |

| */s/ Michael Liftik* | */s/ Alicia Cobb* |
|---|---|
| MICHAEL LIFTIK | ALICIA COBB |
| **QUINN EMANUEL URQUHART & SULLIVAN LLP**[1] | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| Michael Liftik | Alicia Cobb |
| 1300 I Street NW, Suite 900 | 1109 First Avenue, Suite 210 |
| Washington, DC 20005 | Seattle, Washington 98101 |
| Telephone: 202-538-8141 | Telephone: 206-905-7000 |
| michaelliftik@quinnemanuel.com | aliciacobb@quinnemanuel.com |
| *Lead Counsel for Defendant Bittrex, Inc.* | *Local Counsel for Defendant Bittrex, Inc.* |

---

[1] Bittrex, Inc. filed for Chapter 11 bankruptcy protection together with certain affiliates (the "Debtors") on May 8, 2023 in the District of Delaware (Bankruptcy Judge Brendan L. Shannon). Quinn Emanuel Urquhart & Sullivan, LLP is proposed counsel to the Debtors.

| | |
|---|---|
| */s/ William McGovern*<br>WILLIAM MCGOVERN<br><br>**KOBRE & KIM**<br>William McGovern<br>800 3rd Ave, New York,<br>New York, NY 10022<br>Telephone: 212-488-1210<br>William.McGovern@kobrekim.com<br><br><br>*Lead Counsel for Defendant*<br>*William Hiroaki Shihara* | */s/ Gregory J. Hollon*<br>Gregory J. Hollon<br><br>**McNAUL EBEL NAWROT &**<br>**HELGREN PLLC**<br>Gregory J. Hollon<br>Timothy B. Fitzgerald<br>600 University Street, Suite 2700<br>Seattle, Washington, 98101<br>Telephone: 206-467-1816<br>ghollon@mcnaul.com<br>tfitzgerald@mcnaul.com<br><br>*Local Counsel for Defendant*<br>*William Hiroaki Shihara* |

*/s/Ben Kuruvilla*
BEN KURUVILLA

**U.S. SECURITIES AND EXCHANGE COMMISSION**
Ben Kuruvilla
100 Pearl Street, Ste. 20-100
New York, NY 10004
Telephone: 212-336-5599
Kuruvillabe@SEC.GOV

*Counsel for Plaintiff*