Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BITTREX, INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA,<br><br>Defendants. | No. 2:23-cv-00580-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXPAND THE BRIEFING WORD LIMITS**<br><br>NOTE ON MOTION CALENDAR: JUNE 26, 2023 |

STIPULATED MOTION AND ORDER TO EXPAND THE BRIEFING WORD LIMITS
Case No. 2:23-cv-00580-RSM

Quinn Emanuel Urquhart & Sullivan LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Defendants Bittrex, Inc. ("Bittrex"), Bittrex Global GmbH ("Bittrex Global"), and William Hiroaki Shihara ("Shihara") (collectively, "Defendants") respectfully request an expansion of the briefing word limits pursuant to LCR (7)(f). Defendants make this request because Plaintiff the Securities and Exchange Commission's 247-paragraph Complaint raises complex issues of fact and law. The legal complexities of the claims merit additional words to fully brief the questions presented for the Court's consideration. Plaintiff consents to this request.

The Parties therefore respectfully stipulate as follows:

1. Defendants Bittrex and Shihara shall file a Joint Response to the Complaint;
2. Defendant Bittrex Global shall file a separate Response to the Complaint;
3. Plaintiff may elect to file a single Omnibus Brief in Opposition, in lieu of separate Briefs in Opposition;
4. Given the complexities of the claims presented and pursuant to LCR 7(f), the Parties agree to expand the word limits as follows:
   a. Defendants Bittrex and Shihara's Joint Response to the Complaint is expanded to 10,400 words;
   b. Defendant Bittrex Global's Response to the Complaint is expanded to 10,400 words;
   c. Plaintiff's Briefs in Opposition are expanded to 10,400 words each, or in the alternative, Plaintiff's Omnibus Brief in Opposition is expanded to 15,600 words; and
   d. Defendants' respective Reply Briefs are expanded to 5,200 words.

**SO STIPULATED.**

Dated: June 26, 2023

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP

STIPULATED MOTION AND ORDER TO EXPAND THE BRIEFING WORD LIMITS - 1
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

|   |   |
|---|---|
| 1 | 1109 First Avenue, Suite 210 |
| 2 | Seattle, Washington 98101 |
|   | Phone (206) 905-7000 |
|   | Fax (206) 905-7100 |
| 3 | aliciacobb@quinnemanuel.com |
| 4 | Michael Liftik (admitted *pro hac vice*) |
|   | Christopher Michel (admitted *pro hac vice*) |
| 5 | Robert Zink (admitted *pro hac vice*) |
|   | Kurt Wolfe (admitted *pro hac vice*) |
| 6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | 1300 I Street NW, Suite 900 |
|   | Washington, D.C. 20005 |
| 8 | Phone (202) 538-8000 |
|   | Fax (202) 538-8001 |
| 9 | michaelliftik@quinnemanuel.com |
|   | robertzink@quinnemanuel.com |
| 10 | christophermichel@quinnemanuel.com |
|   | kurtwolfe@quinnemanuel.com |

1    1109 First Avenue, Suite 210
2    Seattle, Washington 98101
      Phone (206) 905-7000
      Fax (206) 905-7100
3    aliciacobb@quinnemanuel.com

4    Michael Liftik (admitted *pro hac vice*)
      Christopher Michel (admitted *pro hac vice*)
5    Robert Zink (admitted *pro hac vice*)
      Kurt Wolfe (admitted *pro hac vice*)
6    QUINN EMANUEL URQUHART & SULLIVAN, LLP
7    1300 I Street NW, Suite 900
      Washington, D.C. 20005
8    Phone (202) 538-8000
      Fax (202) 538-8001
9    michaelliftik@quinnemanuel.com
      robertzink@quinnemanuel.com
10   christophermichel@quinnemanuel.com
      kurtwolfe@quinnemanuel.com

11

12   Stacylyn Doore (admitted *pro hac vice*)
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
13   111 Huntington Avenue, Suite 520
      Boston, Massachusetts 02199
14   Phone (617) 712-7100
      Fax (617) 712-7200
15   stacylyndoore@quinnemanuel.com

16   *Counsel for Defendant Bittrex, Inc.*

17

18   <u>/s/ Andrew Michaelson</u>
      KING & SPALDING LLP
19   Andrew Michaelson (admitted *pro hac vice*)
      Eric Hirsch (admitted *pro hac vice*)
      Leigh Nathanson (admitted *pro hac vice*)
20   Lauren Myers (admitted *pro hac vice*)
      1185 Avenue of Americas, 35th Floor
21   New York, NY 10036
      Telephone: 212-790-5358
22   amichaelson@kslaw.com
      ehirsch@kslaw.com
23   lnathanson@kslaw.com
      lmyers@kslaw.com

24

25   *Lead Counsel for Defendant Bittrex Global GmbH*

26

27

28

STIPULATED MOTION AND ORDER TO EXPAND THE BRIEFING WORD LIMITS - 2
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

1    /s/ David Smith
SUMMIT LAW GROUP
David Smith
315 5th Ave. South, Suite 1000
Seattle, Washington 98104
Telephone: 206-676-7000
davids@summitlaw.com

*Local Counsel for Defendant Bittrex Global GmbH*

/s/ William McGovern
KOBRE & KIM
William F. McGovern (admitted *pro hac vice*)
Jeremy O. Bressman (admitted *pro hac vice*)
Jonathan D. Cogan (admitted *pro hac vice*)
800 3rd Ave, New York
New York, NY 10022
Telephone: 212-488-1210
william.mcgovern@kobrekim.com
jeremy.bressman@kobrekim.com
jonathan.cogan@kobrekim.com

*Lead Counsel for Defendant William Hiroaki Shihara*

/s/ Gregory Hollon
McNAUL EBEL NAWROT & HELGREN PLLC
Gregory J. Hollon
Timothy B. Fitzgerald
600 University Street, Suite 2700
Seattle, Washington, 98101
Telephone: 206-467-1816
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Local Counsel for Defendant William Hiroaki Shihara*

/s/ Ben Kuruvilla
Ben Kuruvilla
Christopher Carney
Ladan Fazlollahi Stewart
Jorge Tenreiro
U.S. SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Ste. 20-100
New York, NY 10004
Telephone: 212-336-5599
kuruvillabe@sec.gov
carneyc@sec.gov

STIPULATED MOTION AND ORDER TO EXPAND THE BRIEFING WORD LIMITS - 3
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

stewartla@sec.gov
tenreiroj@sec.gov

*Counsel for Plaintiff*

IT IS SO ORDERED.

DATED this 28th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXPAND THE
BRIEFING WORD LIMITS - 4
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

**CERTIFICATE OF SERVICE**

I, Alicia Cobb, hereby certify I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED: June 26, 2023

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

STIPULATED MOTION AND ORDER TO EXPAND THE
BRIEFING WORD LIMITS - 5
Case No. 2:23-cv-00580-RSM

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000