UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BITTREX INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA,<br><br>　　　　　Defendants. | NO.  2:23-cv-00580-RSM<br><br>ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE |

　　　　This matter comes before the Court on third party Paradigm Operations LP's Motion for Leave to File Brief of Amicus Curiae (the "Motion").  Dkt. #41.  The Motion is unopposed.

　　　　District courts have broad discretion to admit amicus briefing.  *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472, 115 S. Ct. 2293, 132 L. Ed. 2d 418 (1995).  The "classic role" of amicus curiae has been to "assist[] in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."  *Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).  There are no strict prerequisites to qualify as amici, although amicus must "'make a showing that his participation is useful to or otherwise

ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION
FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE - 1
NO. 2:23-cv-00580-RSM

desirable to the court.'" *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)).

The Court finds that Paradigm Operations LP has made a sufficient showing that its participation is useful and that their proposed amicus brief provides at least some additional assistance in framing the facts and law of this case.

Having reviewed the relevant briefing, attachments, and the remainder of the record, the Court hereby finds and ORDERS that Paradigm Operations LP Motion, Dkt. #41, is GRANTED. Leave is granted for Paradigm Operations LP to file its Brief of Amicus Curiae in this matter.

DATED this 31st day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE