**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :    CA NO 2:23-cv-00580 (RSM)
                                       :
                       Plaintiff,      :    PLAINTIFF SECURITIES
                                       :    AND EXCHANGE
            - against -                :    COMMISSION'S CONSENT
                                       :    MOTION FOR ENTRY OF
BITTREX, INC., BITTREX GLOBAL GMBH, and :   FINAL JUDGMENT
WILLIAM HIROAKI SHIHARA,               :    AGAINST DEFENDANTS
                                       :
Defendants.                            :    NOTE ON MOTION
                                       :    CALENDAR: AUGUST 10,
-------------------------------------------------------------------------x    2023

       Plaintiff Securities and Exchange Commission (the "SEC"), with the consent of Defendants Bittrex, Inc. ("Bittrex"), Bittrex Global GmbH ("Bittrex Global"), and William Hiroaki Shihara ("Shihara") (collectively, "Defendants"), respectfully moves the Court to enter Final Judgment as to Defendants Bittrex, Bittrex Global, and Shihara.  In support of this motion, the SEC states the following:

       1.    The SEC and Defendants reached a settlement that will resolve Defendants' liability in connection with the above-captioned litigation.

       2.    Attached hereto as Exhibit 1 is the signed Consent of Defendants ("Consent"), and attached hereto as Exhibit 2 is the proposed Final Judgment.  The Consent sets forth Defendants' agreement to the entry of Final Judgment, which, among other things, will resolve their liability and provide injunctive relief.  As set forth in the Consent, Defendants agree to the terms of the proposed Final Judgment and do not oppose this motion.

       Accordingly, for all the foregoing reasons, the SEC respectfully requests that the Court enter the proposed Final Judgment attached as Exhibit 2.

Plaintiff's Consent Motion for Entry of Final Judgment Against Defendants     Securities and Exchange Commission
SEC v. Bittrex, Inc., et al.     New York Regional Office
No. 2:23-cv-00580 (RSM)     100 Pearl Street, Suite 20-100
    New York, New York 10004
    (212)-336-1100

1 | Dated: August 10, 2023

By: s/Ben N. Kuruvilla
Ben N. Kuruvilla*

*Conditionally admitted pursuant to Local Rule 83.1
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-1100
Email: kuruvillabe@sec.gov

*Attorneys for the Plaintiff*

Plaintiff's Consent Motion for Entry of Final Judgment Against Defendants
SEC v. Bittrex, Inc., et al.
Case No. 23-cv-580 (RSM)

- 2 -

Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212)-336-1100