HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BITTREX, INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA,

Defendants.

CA No.  2:23-cv-00580 (RSM)

JOINT STIPULATED MOTION AND ORDER TO STAY

NOTE ON MOTION CALENDAR: APRIL 9, 2026

STIPULATED MOTION TO STAY BRIEFING AND CONSIDERATION OF SEC'S MOTION TO TRANSFER FUNDS TO TREASURY

Plaintiff, the Securities and Exchange Commission ("SEC" or the "Commission"), David Maria, in his capacity as Plan Administrator for the Wind Down Entity, and Defendant William Hiroaki Shihara (together, "Opponents"), hereby agree and jointly move the Court to stay any further briefing and consideration of the SEC's pending Motion to Transfer Funds to U.S. Treasury, ECF No. 56, until after the Supreme Court issues its ruling in *Sripetch v. SEC*, No. 25-466 (S. Ct.), which is scheduled for oral argument on April 20, 2026.  The Court entered final judgment in this

JOINT STIPULATED MOTION AND ORDER TO STAY
SEC v. Bittrex, Inc., et al.
- 1 -

Securities and Exchange Commission
100 F St., NE
Washington, DC 20549
(202) 551-4659

Case No. 23-cv-580 (RSM)

action on August 15, 2023, and the SEC filed its Motion to Transfer on March 12, 2026. The Opponents have argued that this Court "should defer ruling on the SEC's motion until it has the benefit of the Supreme Court's decision [in *Sripetch*]," ECF 57 at 5, and based on the facts and circumstances of this case the SEC has no objection to that request. Should the Court issue a stay, within fourteen (14) days after the Supreme Court issues its ruling in *Sripetch*, the Parties will submit a proposed briefing schedule to the Court to resolve the pending Motion to Transfer.

Dated: April 9, 2026

| | |
|---|---|
| /s/Michael S. Lim | /s/ Alicia Cobb |
| Michael S. Lim* | Alicia Cobb, WSBA No. 48685 |
| *Conditionally admitted pursuant to | 1109 First Avenue, Suite 210 |
| Local Rule 83.1 | Seattle, WA 98101 |
| SECURITIES AND EXCHANGE COMMISSION | (206)905-7000 |
| 100 F St., NE | aliciacobb@quinnemanuel.com |
| Washington, DC 20549-5631 | |
| (202) 551-4659 | Robert A. Zink (pro hac vice) |
| Email: limm@sec.gov | 555 13th St., NW Suite 600 |
| | Washington, DC 20004 |
| | (202)538-8000 |
| | robertzink@quinnemanuel.com |
| *Attorney for the Plaintiff* | *Attorney for Opponents* |

**IT IS SO ORDERED.**

DATED this 9th day of April, 2026

_____

Ricardo S. Martinez
United States District Judge

JOINT STIPULATED MOTION AND ORDER TO STAY
SEC v. Bittrex, Inc., et al.
- 2 -

Securities and Exchange Commission
100 F St., NE
Washington, DC 20549
(202) 551-4659

Case No. 23-cv-580 (RSM)