THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BITTREX, INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA, <br><br> Defendants. | Case No.  2:23 Civ. 580 (RSM) <br><br><br> **[PROPOSED] ORDER GRANTING MOTION TO VACATE FINAL JUDGEMENT AND DISMISS COMPLAINT** |

The Court, having considered Defendants' Motion to Vacate the Final Judgement and Dismiss the Complaint, IT IS HEREBY ORDERED:

1. Defendants' Motion to Vacate is GRANTED.

2. Plaintiff's April 17, 2023 complaint is DISMISSED WITH PREJUDICE.

3. All funds in Plaintiff's possession as result of the prior disgorgement, prejudgment interest and civil penalty should be returned to Defendants with immediate effect.

DATED this ___ day of _____ 2026.

_____
The Hon. Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO VACATE
FINAL JUDGEMENT AND DISMISS COMPLAINT
2:23 Civ. 580 (RSM)

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Presented by:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000
aliciacobb@quinnemanuel.com

Robert A. Zink (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000
robertzink@quinnemanuel.com

Daniel R. Koffmann (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
danielkoffmann@quinnemanuel.com

*Attorneys for David Marie, in his capacity as Plan Administrator for the Wind Down Entity, and Defendants Bittrex Global GmbH in Liquidation and William Hiroaki Shihara*

[PROPOSED] ORDER GRANTING MOTION TO VACATE FINAL JUDGEMENT AND DISMISS COMPLAINT
2:23 Civ. 580 (RSM)

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000