HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BITTREX, INC., BITTREX GLOBAL GMBH, and
WILLIAM HIROAKI SHIHARA,

Defendants.

Case No.  2:23 Civ. 00580 (RSM)

**STIPULATED MOTION AND
ORDER REGARDING
BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO
VACATE FINAL JUDGMENT
AND DISMISS COMPLAINT**

NOTE ON MOTION
CALENDAR: MAY 5, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to the following briefing schedule on Defendants' Motion to Vacate Final Judgement and Dismiss Complaint, subject to the Court's approval, as follows:

1. On May 4, 2026 Defendants filed their Motion to Vacate the Final Judgement and Dismiss the Complaint.

2. Defendants' Motion was noted for consideration under Local Civil Rule 7(d)(4), pursuant to which the Securities and Exchange Commission's response would be due May 26, 2026, and Defendants' reply would be due June 1, 2026.

STIP. MOT. AND ORDER RE BRIEFING SCHEDULE
Case No. 2:23 Civ. 580 (RSM)

- 1 -

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

3.        In order to provide the parties sufficient time for briefing the issues, counsel for both parties have conferred and stipulate (subject to the Court's approval) that the SEC shall file its response to Defendants' Motion by June 3, 2026, and Defendants shall reply by June 18, 2026. They further stipulate (subject to Court's approval) that the SEC's response may be up to the length of the Defendants' Motion.

Dated: May 5, 2026

/s/ Michael S. Lim
Michael S. Lim*
*Conditionally admitted pursuant to
Local Rule 83.1
SECURITIES AND EXCHANGE COMMISSION
100 F St., NE
Washington, DC 20549-5631
(202) 551-4659
Email: limm@sec.gov

/s/ Alicia Cobb
Alicia Cobb, WSBA No. 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000
aliciacobb@quinnemanuel.com

Robert A. Zink (*pro hac vice*)
555 13th St., NW Suite 600
Washington, DC 20004
(202) 538-8000
robertzink@quinnemanuel.com

Daniel Koffmann (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
danielkoffmann@quinnemaul.com

*Attorney for the Plaintiff*

*Attorneys for David Marie, in his capacity as Plan Administrator for the Wind Down Entity, and Defendants Bittrex Global GmbH in Liquidation, and William Hiroaki Shihara*

IT IS SO ORDERED:

Dated this 11th day of May, 2026

_____
The Honorable Ricardo S. Martinez
United States District Judge

STIP. MOT. AND ORDER RE BRIEFING SCHEDULE
Case No. 2:23 Civ. 580 (RSM)

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

- 2 -