UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BITTREX, INC., BITTREX GLOBAL GMBH, and WILLIAM HIROAKI SHIHARA, <br><br> Defendants. | Case No.  C23-580-RSM |

**STIPULATED MOTION AND ORDER REGARDING FURTHER STAY OF BRIEFING ON THE SEC'S MOTION TO TRANSFER FUNDS TO TREASURY**

David Maria, in his capacity as Plan Administrator for the Wind Down Entity, Defendant William Hiroaki Shihara (together, the "Defendants"), and Plaintiff Securities and Exchange Commission ("SEC"), hereby submit this stipulated motion and proposed order in response to the Court's Order entered April 9, 2026, Dkt. 61, directing the parties to submit a proposed briefing schedule to the Court to resolve the SEC's pending Motion to Transfer, Dkt. 56, within 14 days after the Supreme Court issues a decision in *Sripetch v. SEC*, No. 25-466.  The Supreme Court issued a decision in *Sripetch* on June 4, 2026.  *See Sripetch v. SEC*, No. 25-466, 2026 WL 1593329, at *8 (June 4, 2026).  The parties thus respectfully submit the following information regarding further

briefing on the SEC's Motion to Transfer:

1.      Subsequent to the Court's April 9, 2026 Order staying briefing and consideration of the SEC's Motion to Transfer, the Defendants filed a Motion to Vacate the Judgment and Dismiss the Complaint, Dkt. 62 ("Motion to Vacate").  The SEC opposed the Motion to Vacate, Dkt. 67, and the Defendants will submit their reply today.

2.      The Defendants contend that the Court's resolution of the Defendants' Motion to Vacate may render the SEC's Motion to Transfer moot.  Accordingly, the Defendants respectfully submit that: (a) the Court should continue to stay briefing and consideration of the SEC's Motion to Transfer until the Court has decided the Defendants' Motion to Vacate; (b) to the extent the Court grants the entire relief the Defendants seek in the Motion to Vacate, the Court should deny the SEC's Motion to Transfer as moot; and (c) to the extent the Court does not grant the entire relief the Defendants seek in the Motion to Vacate, the Court should provide an opportunity for (i) the Defendants to submit, within 30 days of the Court's decision on the Defendants' Motion to Vacate, a supplemental brief no longer than 2,100 words addressing the Supreme Court's decision in *Sripetch*, and (ii) the SEC to submit, within 30 days of the Defendants' supplemental brief, a reply no longer than the combined length of the Defendants' April 6, 2026 opposition brief, Dkt. 57, and any supplemental brief.

3.      The SEC does not oppose the Defendants' request to stay further briefing and consideration of the Motion to Transfer until after the Court decides the Defendants' Motion to Vacate.

4.      To the extent the Court is not prepared to grant the Defendants' request, however, the SEC respectfully submits that the Court should provide an opportunity for (a) the Defendants to submit, by July 20, 2026, a supplemental brief no longer than 2,100 words addressing the Supreme Court's decision in *Sripetch,* and (b) the SEC to submit, by August 21, 2026, a reply no longer than the combined length of the Defendants' April 6, 2026 opposition brief, Dkt. 57, and any supplemental

brief.

Dated: June 18, 2026

 /s/ Ezekiel L. Hill                                              /s/ Alicia Cobb
Nicholas P. Grippo*                                   Alicia Cobb, WSBA No. 48685
Ezekiel L. Hill*                                            1109 First Avenue, Suite 210
Michael S. Lim*                                          Seattle, WA 98101
*Conditionally admitted pursuant to          (206) 905-7000
Local Rule 83.1                                           aliciacobb@quinnemanuel.com
SECURITIES AND EXCHANGE COMMISSION
100 F St., NE                                               Robert A. Zink (*pro hac vice*)
Washington, DC 20549-5631                    555 13th St., NW Suite 600
(202) 551-4659                                           Washington, DC 20004
gripponi@sec.gov                                        (202) 538-8000
hillez@sec.gov                                            robertzink@quinnemanuel.com
limm@sec.gov
                                                                   Daniel Koffmann (*pro hac vice*)
                                                                   865 S. Figueroa St., 10th Floor
                                                                   Los Angeles, California 90017
                                                                   (213) 443-3000
                                                                   danielkoffmann@quinnemaul.com

*Attorneys for the Plaintiff*                        *Attorneys for David Maria, in his capacity as Plan Administrator for the Wind Down Entity, and Defendant William Hiroaki Shihara*

        IT IS SO ORDERED. Briefing and consideration of the SEC's Motion to Transfer is stayed until the Court has decided the Defendants' Motion to Vacate.

        DATED this 1st day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE